**Order entered June 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00377-CV

**MARCO ANTONIO GARDUZA, Appellant**

**V.**

**MARISOL PEREZ CASTILLO, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-21452-R**

## ORDER

The Court has before it appellant's June 12, 2013 unopposed second motion to extend time to file brief. The Court **GRANTS** the motion in part and **ORDERS** appellant to file his brief within thirty days of the date of this order. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE